

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2017

No. 04-17-00271-CV

Susan Rebecca **CAMMACK,**
Appellant

v.

Sheriff Russell **HIERHOLZER,**
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 11228B
Honorable Stephen B. Ables, Judge Presiding

## O R D E R

Susan Rebecca Cammack has filed an emergency motion requesting that we order the sheriff of Kerr County to stay the sale of her real property. The motion identifies a trial court cause in which an agreed judgment was rendered in May 2012, and another judgment was rendered in September 2016. Although the motion refers to a summary judgment the trial court rendered, this court has no record of an appeal from either of these two judgments. The motion also does not specify any other trial court ruling about which Cammack complains.

This court has jurisdiction only over appeals from final judgments. *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A timely notice of appeal also must be filed to invoke this court's appellate jurisdiction. *Sweed v. Nye*, 323 S.W.3d 873, 875 (Tex. 2010) (per curiam). Furthermore, this court does not have mandamus jurisdiction over sheriffs unless it is shown that issuance of the writ is necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a). The motion makes no such allegation or showing. We therefore **order** Susan Rebecca Cammack to file a response, by 8:00 a.m., May 2, 2017, showing why this proceeding should not be dismissed for want of jurisdiction.

It is so ORDERED on this 1st day of May, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court